FILED IN CHAMBERS
U.S.D.C-ROME

Date: 05/19/2026

KEVIN P. WEIMER, Clerk

By: s/ T. Frazier
Deputy Clerk

# United States District Court

NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

**CRIMINAL COMPLAINT**

Case Number:  4:26-mj-14

EISEL JOSE GARITA

I, the undersigned complainant, depose and say under penalty of perjury that the following is true and correct to the best of my knowledge and belief.  On or about May 14, 2026, in Paulding County, in the Northern District of Georgia, the defendant did knowingly possess child sexual abuse material

in violation of Title 18, United States Code, Section 2252(a)(4)(B).

I further state that I am a(n) Special Agent and that this complaint is based on the following facts:

PLEASE SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof.    Yes

*Russell Dellinger*

Signature of Complainant

Russell Dellinger

Based upon this complaint, this Court finds that there is probable cause to believe that an offense has been committed and that the defendant has committed it. Sworn to me by telephone pursuant to Federal Rule of Criminal Procedure 4.1.

May 19, 2026 at 3:16PM                                   at  Rome, Georgia

Date                                                                         City and State

JOHN H. RAINS IV
UNITED STATES MAGISTRATE JUDGE

Name and Title of Judicial Officer                        Signature of Judicial Officer

AUSA Cole McFerren / cole.mcferren@usdoj.gov

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Russell Dellinger, hereby depose and state under penalty of perjury as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation, and have been since 2018. During my tenure in law enforcement, I have participated in felony investigations of state and federal law that included numerous death investigations, sexual assault investigations, controlled substances investigations, child pornography investigations, OCDETF investigations (organized crime and drug enforcement), RICO investigations (racketeering), as well as numerous other violations of law. I graduated from the FBI Academy where I received training in the investigation of crimes as well as utilizing technology in investigations such as utilizing cellular telephone data, pen register/trap and trace, cellular location information, computer electronic storage. I have participated in numerous large-scale investigations that targeted organizations that utilized cellular telephones to communicate and operate. I also have used communications data to assist in numerous investigations through data analysis and to locate SUBJECTs of investigations.

2. I have learned through my training and experience that child predators use cellular telephones, to include traditional voice calls, short message service (SMS) text messages, multimedia messages (MMS), as well as social media and application-based communication services, to: communicate with minor victims and other predators. I have also learned through my training and experience that child predators use cellular telephones to keep notes, ledgers, journals, and/or other records to track their interactions and shared files.

## FACTS ESTABLISHING PROBABLE CAUSE

3. In November 2025, Brandon Hopkins was arrested in McHenry, IL, where he is alleged to have produced Child Sexual Abuse Material (CSAM) and conducted hands-on sexual abuse of a

1

minor.

4.  A federal search warrant was executed on Hopkins's residence on November 11, 2025, by federal law enforcement agents and multiple devices were seized. A review of the evidence items yielded OLVID[1] messages in which CSAM was shared amongst multiple users and group messages in which CSAM was distributed and viewed. FBI Chicago obtained records from OLVID which included the user information for all users who were identified as being in groups message chats, for which HOPKINS was a participant.

5.  One of the users in the group chat was "JaviA" with public key: aHR0cHM6Ly9zZXJ2ZXIub2x2aWQuaW8AAIB3t3+p8gsv0QMhv4/16dimPzdbGArNqMfejql P8I0pAXaoMt/

6.  In the chat logs provided by OLVID, JaviA stated, "I had a little friend that would come to me to do stuff. We would do a lot, especially after he would come over after school telling me he was horny. Mostly I would let him fuck me and we would suck each other and kiss. A few times he let me fuck him," and "So pretty (commenting on a shared CSAM file), I love horny boys with their super hard spike."

7.  JaviA also provided advice to others in the chat on how to avoid detection. He posted, "Get and use emails from sources such as proton mail. It helps to minimize exposure of your personal email and name" and "I know, but it helps to know what to do if you plan on making a video with a boy. 1. Don't show your face, cover of blur face. 2. Cover any identifying tattoos/birth marks. 3. Do it with boys that aren't in your own country and cannot be traced to you. 4. If you are doing videos with your own boys or known relations hide boys face. 5. If filming in familiar locations as in your own home take out anything identifiable. Get sheets/décor from thrift shop. Make it like a temporary set. 6. Remove geolocation, or get an old camera without that tech. Think 80's perv

---

[1] OLVID is a secure instant messaging application based out of France.

daddy filming boys in basement. 7. Don't brag to just anyone."

8.  On September 27, 2025, JaviA shared a file to the group chat in response to another user requesting more pictures. JaviA also posted, "All these experiences shaped me to the pedo I am today"

9.  OLVID provided IP activity for user JaviA, one of which was the following IP addresses: 69.236.113.236 (AT&T Internet).

10. According to AT&T subpoena returns, the subscriber information was as follows:

    a.  Name: EJ Garita

    b.  Address: 171 Berkford Cir, Hiram, GA 30141

11. According to searches through FBI, law enforcement, and open-source databases on EJ Garita, the following information was revealed:

    a.  Name: Eisel Jose Garita

    b.  Alias: Eisel Jose Garita-Salas

    c.  DOB(s): 09/16/1982; 07/15/1979

    d.  SSN: 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

    e.  Georgia Driver's License: 061267014

    f.  Address: 171 Berkford Cir, Hiram, GA 30141

    g.  Registered Vehicles:

     i.  ○ 2018 Black Chrysler Pacifica, GA Plate TCL0553

    ii.  ○ 2020 Black Tesla Model 3, GA Plate XEG176

    h.  Possible Phone Number: 702-738-6469

    i.  Possible Email Addresses: che_club69@yahoo.com

12. According to searches through FBI, law enforcement, and open-source databases on additional occupants of the SUBJECT PREMISES, Manuel Salas-Garita, who lives at the

3

SUBJECT PREMISES, was identified and the following information was revealed:

    a.  Name: Manuel Ricardo Salas-Garita

    b.  DOB: 12/24/1978

    c.  SSN: 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

    d.  Georgia Driver's License: 061267016

    e.  Address: 171 Berkford Cir, Hiram, GA 30141

    f.  Possible Phone Number: 678-468-8689

    g.  Possible Email Address: salas.manuelr@yahoo.com

13. On April 20, 2026, I conducted physical surveillance at the SUBJECT PREMISES and observed a vehicle with license plate ZUE233 (handicap plate) in the driveway. The vehicle is currently registered to Giselle Fuentes, sister of current resident EISEL GARITA. I also overserved a black in color Tesla with license plate XEG176 (handicap plate) leave the residence from inside the garage. The Tesla is currently registered to both EISEL GARITA and Manuel Salas-Garita.

**Identification of CSAM in the Possession of EISEL GARITA**

14. On May 14, 2026, a federal search warrant was executed at the SUBJECT PREMISES.

15. Inside the home, two adult males, including EISEL GARITA, two children, and one adult female were encountered during the warrant. The two adult males, EISEL GARITA and Manuel Salas-Garita, are married to each other and are the fathers of two children, who are adopted. During the search, EISEL GARITA's cellular phone was seized pursuant to the search warrant. The phone was downloaded, and I reviewed the contents of the phone. Law enforcement also reviewed Manuel Salas-Garita's phone on May 14, 2026, and no CSAM was located on his phone at that time.

16. I observed thousands of images and videos of child sexual abuse material (CSAM) on the phone of GARITA.

17.  I also observed multiple CSAM videos of a minor male victim (Minor Victim 1) stored on GARITA's cell phone. One video depicts an adult male anally penetrating Minor Victim 1 with his penis. The video appears to be taken by the person committing the rape. Minor Victim 1's face was seen in the video. The video's creation date was October 16, 2025. Minor Victim 1 has been identified, and he was born in 2012. He was 13 years old at the time the video was taken.

## CONCLUSION

18.  I respectfully submit that there is probable cause to believe that EISEL GARITA has committed the offense of possession of child pornography, in violation of Title 18, United States Code, Section 2252(a)(4)(B).